1  SANFORD L. MICHELMAN (SBN 179702)
   (smichelman@mrllp.com)
2  MONA Z. HANNA (SBN 131439)
   (mhanna@mrllp.com)
3  JORDAN R. BERNSTEIN (SBN 255816)
   (jbernstein@mrllp.com)
4  **MICHELMAN & ROBINSON, LLP**
   15760 Ventura Boulevard, 5th Floor
5  Encino, CA 91436
   Telephone:  (818) 783-5530
6  Facsimile:   (818) 783-5507

7  Attorneys for GEMCAP LENDING I, LLC

8              **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

**DENIED**

BY ORDER OF THE COURT

**SJO   12/17/13**

11 | GEMCAP LENDING I, LLC, a | Case No. CV 13-05504 SJO (MANx)
   | Delaware limited liability company, |
12 |                          | Assigned for All Purposes to the
13 |          Plaintiff,      | Honorable S. James Otero
14 |          vs.             |
15 | CROP USA INSURANCE AGENCY, | **[PROPOSED] ORDER GRANTING**
   | INC., an Idaho corporation; | ***EX PARTE* APPLICATION FOR**
16 | CROPUSA INSURANCE | **LEAVE TO EXCEED THE PAGE**
   | SERVICES, LLC, an Idaho limited | **LIMIT FOR MOTION**
17 | liability company; CROP USA, LLC, | **OPPOSITIONS SET FORTH IN THE**
   | a limited liability company of | **COURT'S INITIAL STANDING**
18 | unknown origin; AIA INSURANCE, | **ORDER ¶ 21,  OR, IN THE**
   | INC., an Idaho corporation; AIA | **ALTERNATIVE, FOR AN**
19 | SERVICES CORPORATION, an | **CONTINUANCE OF THE BRIEFING**
   | Idaho corporation; R. JOHN | **SCHEDULE BY 24 HOURS TO FILE**
20 | TAYLOR a/k/a RAY JOHNSON | **AN AMENDED OPPOSITION IN**
   | TAYLOR a/k/a R. JOHNSON | **COMPLIANCE WITH ¶ 21 OF THIS**
21 | TAYLOR a/k/a RAYMOND J. | **COURT'S INITIAL STANDING**
   | TAYLOR, an individual; | **ORDER.**
22 | REINSURANCE PARTNERS, LLC, |
   | an Idaho limited liability company; |
23 | GREEN LEAF REINSURANCE | [*Filed concurrently with Ex Parte*
   | PARTNERS, LLC, a Delaware | *Application, Declaration of Jordan R.*
24 | limited liability company; WESKAN | *Bernstein, Opposition to Motion to*
   | AGENCY, LLC, a Kansas limited | *Dismiss Second Amended Complaint,*
25 | liability company; SOUND | *Evidentiary Objections and Notices of*
   | INSURANCE AGENCY, an Idaho | *Lodging Evidence*]
26 | assumed business name; PACIFIC |
27 | EMPIRE RADIO CORPORATION, |

28

---

**[PROPOSED] ORDER GRANTING GEMCAP LENDING I, LLC'S *EX PARTE***
**APPLICATION FOR ORDER GRANTING PLAINTIFF LEAVE TO EXCEED THE PAGE**
**LIMIT FOR MOTION OPPOSITIONS**

346843

an Idaho corporation; RANDOLPH
LAMBERJACK, an individual;
JOLEE DUCLOS, an individual;
BRYAN FREEMAN, an individual;
and HILLCREST AIRCRAFT
COMPANY, an Idaho corporation;
CGB DIVERSIFIED SERVICES,
INC. dba DIVERSIFIED CROP
INSURANCE SERVICES, a
Louisiana Corporation; and GREEN
LEAF RE INSURANCE COMPANY.

     Defendants.

## [PROPOSED] ORDER

Having considered Plaintiff's *ex parte* application for leave to exceed the page limit for motion opposition briefs set forth in ¶ 21 of this Court Initial Standing Order and finding good cause having been shown to allow the Plaintiff to exceed the twenty page limit in opposing the Defendants' Motion pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(2) & (6):

IT IS HEREBY ORDERED that,

1.    Plaintiff's Application is GRANTED.

2.    Leave is granted for Plaintiff to file an Opposition brief whose memorandum of points and authorities is not to exceed twenty five pages.


**IT IS SO ORDERED**

DATED: December, _____ 2013

## DENIED
### BY ORDER OF THE COURT

By:_____
    The Honorable S. James Otero
    United States District Judge

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO EXCEED
THE OPPOSITION PAGE LIMIT OR LEAVE TO AMEND FOR 24 HOURS**

346843