# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CROP USA INSURANCE AGENCY, INC., an Idaho corporation; CROP USA INSURANCE SERVICES, LLC, an Idaho limited liability company; CROP USA, LLC, a limited liability company of unknown origin; AIA INSURANCE, INC. an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; R. JOHN TAYLOR a/k/a RAY JOHNSON TAYLOR a/k/a R. JOHNSON TAYLOR a/k/a RAYMOND J. TAYLOR, an Individual; REINSURANCE PARTNERS, LLC, an Idaho limited liability company; GREEN LEAF REINSURANCE PARTNERS, LLC, a Delaware limited liability company; WESKAN AGENCY, LLC, a Kansas limited liability company; SOUND INSURANCE AGENCY, an Idaho assumed business name' PACIFIC EMPIRE RADIO CORPORATION, an Idaho corporation; RANDOLPH LAMBERJACK, an individual; JOLEE DUCLOS, an individual; BRYAN FREEMAN, an individual; and | CASE NO. CV-13-05504-SJO-MAN<br><br>**JUDGMENT RE: DEFENDANT CGB DIVERSIFIED SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 21, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom 1, 2nd Floor<br><br>Discovery Cut-Off: June 16, 2014<br>Pre-trial Conference: Sept. 8, 2014<br>Trial: Sept. 16, 2014 |

AM 34460046.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | HILLCREST AIRCRAFT COMPANY, an Idaho corporation; CGB DIVERSIFIED SERVICES, INC. dba DIVERSIFIED CROP INSURANCE SERVICES, a Louisiana Corporation; and GREENLEAF REINSURANCE COMPANY,<br><br>            Defendants. |

2.

1  The Court, having granted the motion for summary judgment by Defendant
2  CGB Diversified Services, Inc. d/b/a Diversified Crop Insurance Services
3  ("Diversified") by its Order entered on August 6, 2014, hereby enters judgment as to
4  all claims in favor of Diversified and against Plaintiff GemCap Lending I, LLC
5  ("GemCap"), which claims are dismissed with prejudice.
6  It is further ordered and adjudged that, pursuant to F.R.C.P. 54(d), GemCap
7  shall pay Diversified its reasonable costs of suit as determined by the Clerk of Court
8  according to proof.

Dated:   August 26, 2014.         _____
                                  The Honorable S. James Otero,
                                  United States District Court Judge

AM 34460046.1