SANFORD L. MICHELMAN, CSB 179702
smichelman@mrllp.com
WILLIAM E. ADAMS, CSB 153330
wadams@mrllp.com
JORDAN R. BERNSTEIN, CSB 255816
jbernstein@mrllp.com
DAVID C. LEE, CSB 193743
dlee@mrllp.com
MICHELMAN & ROBINSON, LLP
15760 Ventura Boulevard, 5th Floor
Encino, California 91436
Tel: 818.783.5530 / Fax: 818.783.5507

Attorneys for Plaintiff,
GEMCAP LENDING I, LLC

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CROP USA INSURANCE AGENCY, INC., an Idaho corporation; CROP USA INSURANCE SERVICES, LLC, an Idaho limited liability company; CROP USA, LLC, a limited liability company of unknown origin; AIA INSURANCE, INC. an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; R. JOHN TAYLOR a/k/a RAY JOHNSON TAYLOR a/k/a R. JOHNSON TAYLOR a/k/a RAYMOND J. TAYLOR, an Individual; REINSURANCE PARTNERS, LLC, an Idaho limited liability company; GREEN LEAF REINSURANCE PARTNERS, LLC, a Delaware limited liability company; WESKAN AGENCY, LLC, a Kansas limited liability company; SOUND INSURANCE AGENCY, an Idaho assumed business name' PACIFIC EMPIRE RADIO CORPORATION, an Idaho corporation; RANDOLPH LAMBERJACK, an individual; JOLEE DUCLOS, an individual; BRYAN | CASE NO. CV13-5504 SJO (MAN)<br><br>Hon. S. James Otero<br><br>ORDER REGARDING PROPOSED STIPULATED JUDGMENT AS TO DEFENDANTS CROP USA INSURANCE AGENCY, INC. AND CROP USA INSURANCE SERVICES, LLC |

| |
|---|
| FREEMAN, an individual; and HILLCREST AIRCRAFT COMPANY, an Idaho corporation; CGB DIVERSIFIED SERVICES, INC. dba DIVERSIFIED CROP INSURANCE SERVICES, a Louisiana Corporation; and GREENLEAF REINSURANCE COMPANY<br><br>        Defendants. |

FOR GOOD CAUSE SHOWN, THE COURT HEREBY ADOPTS THE PROPOSED STIPULATED JUDGMENT AS TO DEFENDANTS CROP USA INSURANCE AGENCY, INC. AND CROP USA INSURANCE SERVICES, LLC AND HEREBY ADJUDICATES, ORDERS AND DECREES as follows:

Judgment shall be entered against Defendants Crop USA Insurance Agency, Inc. and Crop USA Insurance Services, LLC, and each of them, jointly and severally, and in favor of Plaintiff GemCap Lending I, LLC in the amount of Twelve Million One Hundred Twenty Six Thousand Five Hundred Thirty Four Dollars and Sixty One Cents ($12,126,534.61).

IT IS SO ORDERED.

April 12, 2015.

_____
S. James Otero
United State District Court Judge