JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GEMCAP LENDING I, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CROP USA INSURANCE AGENCY, INC., et al.<br><br>  Defendants. | Case No. 2:13-cv-05504-SVW-MAN<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF GEMCAP LENDING I, LLC AGAINST DEFENDANT R. JOHN TAYLOR a/k/a RAY JOHNSON TAYLOR a/k/a R. JOHNSON TAYLOR a/k/a RAYMOND TAYLOR** |

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment is entered in favor of GemCap and against Defendant Taylor in the sum of **TWELVE MILLION ONE HUNDRED TWENTY SIX THOUSAND FIVE HUNDRED EIGHTY FOUR DOLLARS AND SIXTY-ONE CENTS ($12,126,584.61)**, plus interest accruing from September 15, 2014 to the present at the federal statutory rate.

Dated: May 25, 2021

_____
UNITED STATES DISTRICT JUDGE